SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD EBRAHIMI, ) | No. C 07-3876 MMC |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | STIPULATION TO DISMISS; ORDER |
| ) | THEREON |
| MICHAEL CHERTOFF, Secretary, ) | |
| Department of Homeland Security; PETER ) | |
| D. KEISLER, Attorney General; DAVID N. ) | |
| STILL, District Director, United States ) | |
| Citizenship and Immigration Services; ) | |
| EMILIO GONZALEZ, Director, Bureau of ) | |
| Citizenship and Immigration Services, ) | |
| ) | |
|     Respondents. ) | |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

//

///

///

///

STIPULATION TO DISMISS
C 07-3876 MMC

1    Each of the parties shall bear their own costs and fees.

2

3    Dated: September 26, 2007                    Respectfully submitted,

                                                  SCOTT N. SCHOOLS
4                                                 United States Attorney

5

6                                                       /s/
                                                  MELANIE L. PROCTOR[1]
7                                                 Assistant United States Attorney
                                                  Attorneys for Respondents
8

9    Dated: September 26, 2007                          /s/
                                                  NADIA FARAH
10                                                Attorney for Petitioner

11
                                    **ORDER**
12
           Pursuant to the stipulation of the parties, IT IS SO ORDERED.
13

14   Dated: September 26, 2007
                                                  _____
15                                                MAXINE M. CHESNEY
                                                  United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27
---
28       [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-3876 MMC                            2