SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MOHAMMAD EBRAHIMI, | ) | No. C 07-3876 MMC |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | STIPULATION TO DISMISS; ORDER |
| | ) | THEREON |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security; PETER | ) | |
| D. KEISLER, Attorney General; DAVID N. | ) | |
| STILL, District Director, United States | ) | |
| Citizenship and Immigration Services; | ) | |
| EMILIO GONZALEZ, Director, Bureau of | ) | |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Respondents. | ) | |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Petitioner's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

//

///

///

///

STIPULATION TO DISMISS
C 07-3876 MMC

Each of the parties shall bear their own costs and fees.

Dated: September 26, 2007						Respectfully submitted,

								SCOTT N. SCHOOLS
								United States Attorney


								_____/s/_____
								MELANIE L. PROCTOR[1]
								Assistant United States Attorney
								Attorneys for Respondents

Dated: September 26, 2007						_____/s/_____
								NADIA FARAH
								Attorney for Petitioner

**ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: September 26, 2007						_____
								MAXINE M. CHESNEY
								United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
C 07-3876 MMC                                 2